UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11988-RGS

LEVELL GETHERS,
Petitioner

v.

GARY RODEN,
Respondent

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE AND
REQUEST FOR A CERTIFICATE OF APPEALABILITY

December 19, 2011

STEARNS, D.J.

In this case, petitioner took a premature appeal of the Recommendation of the Magistrate Judge, bypassing a review by the district court. To expedite matters, as I agree with substance of Magistrate Judge Sorokins' Report and his determination that the claims are either procedurally defaulted or otherwise without merit, the Recommendation is <u>ADOPTED</u> and the petition is <u>DISMISSED</u> with prejudice. *See McFarland v. Scott*, 512 U.S. 849, 856 (1994) (habeas petition may be dismissed if it appears to be legally insufficient on its face). The request for the issuance of a Certificate of Appealability pursuant to 28 U.S.C. § 2253 is <u>DENIED</u>, the court seeing no meritorious or substantial basis for an appeal. The Clerk is instructed to forward

this Order to the Court of Appeals.

                                              SO ORDERED.

                                              /s/ Richard G. Stearns

                                              _____
                                              UNITED STATES DISTRICT JUDGE